CARROLL.

---

NORRIS *v.* NORRIS.

A divorce will not be decreed for a cause which arose out of the state at a time when the libellant did not reside in this state.

LIBEL FOR DIVORCE, filed March 29, 1888, alleging extreme cruelty as the ground of divorce. June 10, 1868, the parties, having their domicile in Canada, were married at Newport, Vt. They lived together as husband and wife until October, 1886, having their domicile in Canada from the time of their marriage, except about the year 1881, when they lived for one year in Vermont. The libellee treated his wife with extreme cruelty, for which reason she left him in October, 1886. Since their separation he has resided and still resides in Canada. She resided in Canada until December, 1886, when she removed to Vermont and resided there until she removed to Sandwich in this county, where she has resided and had her home since March 28, 1887.

*D. H. Hill*, for the libellant.

CLARK, J. A divorce will not be decreed for a cause which arose out of the state at a time when the libellant did not reside here. The alleged cause of divorce arose out of the state when neither of the parties had a domicile in the state, and the court has no jurisdiction of the cause. *Foss* v. *Foss*, 58 N. H. 283, and cases cited.

*Libel dismissed.*

SMITH, J., did not sit: the others concurred.